1  SCOTT E. SHAFFMAN (SBN 90276)
   sshaffman@aol.com
2  98 Del Monte Avenue, Suite 200
   Monterey, CA 93940
3  Tel.:   (831) 333-0321

4  Attorney for Plaintiff
   VICTOR LONGORIA
5

6  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.publicover@wilsonelser.com
7  DENNIS J. RHODES (SBN 168417)
   Email: dennis.rhodes@wilsonelser.com
8  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
9  525 Market Street, 17th Floor
   San Francisco, California 94105
10 Tel:   (415) 433-0990
   Fax:   (415) 434-1370
11
   Attorneys for Defendant
12 RELIANCE STANDARD LIFE
   INSURANCE COMPANY
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 | VICTOR LONGORIA,              ) CASE NO. 5:15-cv-05588-RMW-NC
17 |                               )
   |          Plaintiff,           ) **STIPULATION OF DISMISSAL WITH**
18 |                               ) **PREJUDICE**
   |    v.                         )
19 |                               ) Action Filed: December 7, 2015
   | RELIANCE STANDARD LIFE        )
20 | INSURANCE COMPANY,            ) FRCP 41(a)(2)
   |                               )
21 |          Defendant.           )
   |                               )
22 |                               )

23    IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff VICTOR LONGORIA,
24 and defendant RELIANCE STANDARD LIFE INSURANCE COMPANY, and their attorneys
25 of record, that the parties have resolved this matter in its entirety.
26    IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be
27
28
---
STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. 5:15-cv-05588-RMW-NC

1592219v.1

dismissed with prejudice, each side to bear their own attorney fees and costs. IT IS SO STIPULATED.

Dated: June 28, 2016            SCOTT E. SHAFTMAN

                                By: /s/Scott E. Shaffman
                                    SCOTT E. SHAFFMAN
                                    Attorney for Plaintiff
                                    VICTOR LONGORIA

Dated: June 28, 2016            WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP

                                By: /s/Dennis J. Rhodes
                                    ADRIENNE C. PUBLICOVER
                                    DENNIS J. RHODES
                                    Attorneys for Defendant
                                    RELIANCE STANDARD LIFE
                                    INSURANCE COMPANY

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Dennis J. Rhodes, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 28, 2016            WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP

                                By: /s/Dennis J. Rhodes
                                    ADRIENNE C. PUBLICOVER
                                    DENNIS J. RHODES
                                    Attorneys for Defendant
                                    RELIANCE STANDARD LIFE
                                    INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: June 28, 2016             By: *Ronald M. Whyte*
                                    RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE

1

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
Case No. 5:115-cv-05588-RMW-NC

1592219v.1